**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100
Facsimile: 516.977-9564
www.kdvlaw.com

**Rashmee Sinha, Esq.**
Email: RSinha@kdvlaw.com

**Taimur Alamgir, Esq.**
Email: talamgir@kdvlaw.com

October 27, 2023

**VIA ECF ONLY**
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Williams v. The Opportunity Agenda, Inc.,*
               **Docket No.: 23-CV-6224 (NRM) (TAM)**

Your Honor:

      This firm represents Defendant, The Opportunity Agenda, Inc ("Defendant" or "TOA"), in the above-referenced action.

      We write jointly with Plaintiffs' counsel, to report that the parties engaged in private settlement negotiations which has culminated in a settlement in principle. As such, the parties respectfully request that all deadlines are adjourned *sine die* to enable the parties time to prepare the necessary settlement paperwork and to fully consummate the settlement. The parties are working diligently to finalize the settlement paperwork.

      We thank Your Honor for all courtesies extended.

                                     *Respectfully submitted*,
                                     Kaufman Dolowich & Voluck, LLP

                                     Taimur Alamgir, Esq.

Cc:    All Counsel of Record (*via* ECF)