UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ERIKA WILLIAMS,

                          Plaintiff,

          -against-

THE OPPORTUNITY AGENDA, INC.,

                       Defendant.

------------------------------------------------------------------x

Case No.:  1:23-cv-06224(NRM)TAM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

       **IT IS STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff, ERIKA WILLIAMS, and Defendant, THE OPPORTUNITY AGENDA, INC., that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and without costs or fees to either party;

       **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: January 5, 2024

ROOSEVELT T. SEYMOUR
*Attorneys for Plaintiff*
      /sl  Roosevelt Seymour
By :_____
     Roosevelt Seymour, Esq.
     147 Prince Street, Ste 203
     Brooklyn, NY11201
     roosevelt@seymourlaw.us

Dated: January 5, 2024

KAUFMAN DOLOWICH, LLP
Attorneys for Defendant
By:_____
     Rashmee Sinha, Esq.
     Taimur Alamgir, Esq
     135 Crossways Park Drive, Suite 201
     Woodbury, NY 11797
     rsinha@kaufmandolowich.com
     talamgir@kaufmandolowich.com

SO ORDERED:

_____
Hon. Nina R. Morrison